UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: )<br>VERONICA SHIRLEY )<br>)<br>)<br>)<br>)<br>Debtor(s) ) | | BK No.: 18-27828<br><br>Chapter: 13<br>Honorable Carol A. Doyle |

**ORDER DETERMINING THAT DEBTOR IS NOT ENTITLED TO DISCHARGE**

This matter coming before the court on the motion of Tom Vaughn, Chapter 13 Trustee, to determine that debtor is not entitled to a discharge, proper notice having been given, and the court being fully advised in the premises.

It is hereby ordered, that pursuant to 11 U.S.C. § 1328 (f), the following debtor or debtors are not entitled to a discharge in this case:

VERONICA SHIRLEY

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 12, 2019

**Prepared by:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900