Form dschntc

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

Case No.:  18−27828
Chapter:  13
Judge:  Carol A. Doyle

In Re:
Veronica Shirley
4844 S. Laflin 1 Rear
Chicago, IL 60609

Social Security / Individual Taxpayer ID No.:
xxx−xx−9709

Employer Tax ID / Other nos.:

---

### Notice of Denied,Vacated, Waived, or Revoked Discharge

On November 12, 2019 , the Court signed an order:

- ○ Vacating the Discharge
- ◉ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: November 13, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court