# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 24866, et al |
| Bernadette A Pittman, ) | HON. Carol A. Doyle |
| ) | |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Steve Miljus, Feldman Garcia Leshinsky & Miljus LLC, 10258 S. Western Ave Suite 210 A, Chicago, IL 60643;

Please take notice that on July 19, 2022, at 9:30 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the motion to substitute attorney, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named attorney from Feldman Garcia Leshinsky & Miljus LLC and to the Debtors, whose addresses are listed in the attached case list below, list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on July 12, 2022.

/s/ *Patrick Semrad*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 24866, et al |
| Bernadette A Pittman, | ) | HON. Carol A. Doyle |
| | ) | |
| DEBTOR. | ) | |

**MOTION TO SUBSTITUTE ATTORNEY**

The Law Offices of The Semrad Law Firm, LLC, having been retained by the Debtor, respectfully moving this Honorable Court to enter an Order for substitution of attorney to Patrick Semrad, an attorney from The Semrad Law Firm, LLC, and states as follows:

1. On May 18, 2022, the employment of Steve Miljus, Roger Leshinsky, Rigoberto Garcia, and Eugene Feldman (collectively "the departing attorneys") with the Semrad Law Firm was terminated.

2. Mr. Steve Miljus has an appearance on file in the cases attached to this Motion.

3. In June 2022, The Semrad Law Firm filed an "Agreed Substitution of Attorney from Steve Miljus to Patrick Semrad."

4. On or about July 1, 2022, Patrick Semrad also filed an appearance on behalf of the Debtor(s).

5. The "Agreed Substitution of Attorney from Steve Miljus to Patrick Semrad" filed in June 2022, should be withdrawn.

6. The appearance of Steve Miljus should be terminated.

7. Debtor, and The Semrad Law Firm, LLC, respectfully requests that the attorneys of record in this proceeding and future proceedings be substituted with Patrick Semrad, at attorney

from The Semrad Law Firm, LLC.

The Debtor and The Semrad Law Firm, LLC, pray this Honorable Court for the following relief:

(a)      That this Honorable Court enter an Order for substitution of attorney to Patrick Semrad, an attorney from The Semrad Law Firm, LLC; and

(b)      The "Agreed Substitution of Attorney from Steve Miljus to Patrick Semrad", is withdrawn; and

(c)      The appearance of Steve Miljus is terminated.

Respectfully Submitted,

/s/ *Patrick Semrad*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

## Attached list of cases:

18-24866 bk 13 Bernadette A Pittman, 8240 S East End Ave, Chicago, IL 60617

18-24887 bk 13 Derrick Williamson, 727 East 60th Street, APT 1703, Chicago, IL 60637

18-25208 bk 13 Yolanda Mosley, 10226 S. Peoria, Chicago, IL 60643

18-25665 bk 13 Clarice Harrison, 5060 Paces Station Dr, Atlanta, GA 30339

18-25943 bk 13 Michelle Johnson-Cartman, 2218 122nd St, Blue Island, IL 60406

18-25962 bk 13 Martha B. Craig, 5047 South Champlain Ave, Unit 3, Chicago, IL 60615

18-25992 bk 13 Lagwena Smith, 14806 Riverside Dr, South Holland, IL 60473

18-26431 bk 13 Eric M Shaw, 2831 W Flournoy St, 2nd Floor,Chicago, IL 60612

18-26508 bk 13 Nicole Smith, 1452 N Washtenaw Ave Apt A, Chicago, IL 60622

18-26675 bk 13 Daniel Vega, 4558 W 77th Pl, Chicago, IL 60652

18-26727 bk 13 Charisa N Harris, 6616 104th PL #11, Chicago Ridge, IL 60415

18-27051 bk 13 Akyeam Hanley, 10201 S. Eberhart, Chicago, IL 60628

18-27795 bk 13 David T Dean, 2226 S 23rd Street, Broadview, IL 60155

18-27828 bk 13 Veronica Shirley, 3157 S. Lituanica, Chicago, IL 60608

18-28979 bk 13 Ledgure Herron, Jr, 531 E 173rd St, South Holland, IL 60473

18-29296 bk 13 Yolanda Travis, 8900 S Bennett Ave, Chicago, IL 60617

18-29769 bk 13 Latania Hammons, 7634 S Ridgeland Ave, Chicago, IL 60649

18-29858 bk 13 Willie A. Williams, 591 W 15th St, Chicago Heights, IL 60411

18-30256 bk 13 Brandi N Grayer, 1191 S. Kenilworth Ave., Apt 3, Oak Park, IL 60304

18-30369 bk 13 Kareem Robinson, 5408 S. Michigan, Apt. 1N, Chicago, IL 60615

18-30386 bk 13 Makiyah Jones, 1939 185th St, Lansing, IL 60438

18-31405 bk 13 Monique Greene, 17937 Wildwood Ave, Lansing, IL 60438

18-31432 bk 13 Calvin Walker, Jr, 11548 S. Ada Street, Chicago, IL 60643

18-31442 bk 13 Martha L Reyes and Emeterio Reyes, Jr, 343 East 22nd Street,Chicago Heights, IL 60411

18-31545 bk 13 Rendra S Cox, 224 E. Garfield Blvd, Apt 301, Chicago, IL 60615

18-31619 bk 13 Sharon Tillis, 4109 S. Federal St, Chicago, IL 60609

18-31659 bk 13 Willie Holman, P O Box 179, Bellwood, IL 60104

18-31713 bk 13 Dwayne Moore, 4523 S. Vincennes, Apt. 2, Chicago, IL 60653

18-33502 bk 13 Julian Willis and Sandra Willis, 1570 Wentworth, Calumet City, IL 60409