# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 27828 |
| Veronica Shirley, ) | HON. Carol A. Doyle |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

To: Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

See attached service list;

PLEASE TAKE NOTICE that on May 2, 2023, at 09:30 a.m., I will appear before the Honorable Judge Carol A. Doyle, or any judge sitting in that judge's place, either in courtroom 742 of the United States Bankruptcy Court, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 or electronically as described below, and present the motion to modify plan, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 155 8289, and the passcode is Doyle742. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## **PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 11101 S. Western Avenue, Chicago, IL 60643, on March 30, 2023, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

*/s/ Mark Bredow*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
Ph: (312) 680-1817
Fax: (312) 680-1838
MBredow@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-27828<br>Northern District of Illinois<br>Eastern Division<br>Wed Mar 29 14:40:56 CDT 2023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | CB/ASHSTWRT<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | Harris and Harris LTD<br>111 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-3517 | Home Credit LLC<br>6240 Sprint Parkway<br>Overland Park, KS 66211-1159 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Secretary of State<br>2701 South Dirken Parkway<br>Springfield, IL 62723-0002 | TBOM/HOME CREDIT<br>6240 SPRINT PKWY<br>OVERLAND PARK, KS 66211-1159 |
| WEBBANK/FINGERHUT<br>7075 Flying Cloud Dr<br>Eden Prairie, MN 55344-3532 | Aaron M Weinberg<br>The Semrad Law Firm LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Brittney Mansfield<br>The Semrad Law Firm, LLC<br>20 S Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 |
| Mark E Bredow<br>The Semrad Law Firm<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick Semrad<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Rigoberto Garcia<br>Feldman Garcia Leshinsky & Miljus LLC<br>10258 S. Western Ave<br>Suite 210 A<br>Chicago, IL 60643-1948 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603-5764 | Veronica Shirley<br>3157 S. Lituanica<br>Chicago, IL 60608-6622 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60608 | (d)City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604 | End of Label Matrix<br>Mailable recipients　17<br>Bypassed recipients　　0<br>Total　　　　　　　　17 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 27828 |
| Veronica Shirley, ) | HON. Carol A. Doyle |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Veronica Shirley, by and through Debtor's attorneys, The Semrad Law Firm, LLC and moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtor states the following:

1. On October 3, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization on December 11, 2018.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors to be paid 100.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $200.00 monthly for 36 months.

5. Debtor fell behind on plan payments because she incurred unexpected expenses.

6. Debtor wishes to increase Chapter 13 Plan payments to $362.00 for the remainder of the plan.

7. Debtor respectfully requests that the default, accruing through March 2023 be deferred. The remaining payments under the plan will be $362.00 for 7 months, beginning April 2023.

8. Debtor is in a position to proceed with the instant case.

9. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

Debtors pray this Honorable Court for the following relief:

A. This Honorable Court enter an Order deferring the default, accruing through March 2023.

B. The remaining payments under the plan will be $362.00 for 7 months, beginning April 2023.

C. This Honorable Court enter an Order increasing Chapter 13 Plan payments to $362.00 for the remainder of the plan.

D. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,


*/s/ Mark Bredow*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
Ph: (312) 680-1817
Fax: (312) 680-1838
MBredow@semradlaw.com