UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   18-27828
Veronica Shirley,                         )
                                          )          Chapter:  13
                                          )
                                          )          Honorable Carol A. Doyle
                                          )
                                          )
              Debtor(s)                   )

## ORDER GRANTING MOTION TO MODIFY PLAN

This cause coming to be heard on Motion of the Debtors for entry of an Order modifying the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. The default accruing through March 2023 is deferred. The remaining payments under the plan will be $362.00 for 7 months, beginning April 2023.

2. Debtor's Chapter 13 Plan payments are increased to $362.00 for the remainder of the plan.

3. The trustee is not required to collect any amounts paid under previous plans.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 02, 2023

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625